**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

CARLA D. SULLIVAN, et. ux.          *

          Plaintiffs,          *     Case No. JFM 01 CV 92

v.          *

JAN HERNANDEZ, et. al.          *

          Defendants.          *


**STIPULATION FOR EXTENSION OF TIME FOR
DEFENDANTS TO RESPOND TO PLAINTIFF'S COMPLAINT**


    All parties to the above-captioned action, by undersigned

counsel, hereby stipulate that Defendants' deadline for filing

responses to Plaintiff's Complaint be extended to June 18, 2001.


| | |
|---|---|
| Timothy G. Casey, Esquire #352674 | Ralph T. Byrd, Esquire #25559 |
| William D. Burk, Esquire #464349 | 4901 Sundown Road |
| 451 Hungerford Drive, Suite 505 | Laytonsville, MD 20882 |
| Rockville, Maryland 20850 | Counsel for Plaintiff |
| Counsel for Defendant | |
| Long & Foster Real Estate, Inc. | |


Spencer Stephens, Esquire #012446
401 East Jefferson Street
Suite 208
Rockville, Maryland 20850
Counsel for Defendant Hernandez

IT IS SO ORDERED:


_____
Judge, United States District Court
of Maryland

Copies to:

Timothy G. Casey, Esquire
William D. Burk, Esquire
Spencer Stephens, Esquire
Ralph T. Byrd, Esquire