UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND



CHAMBERS OF
J. FREDERICK MOTZ
UNITED STATES DISTRICT JUDGE

101 W. LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-0782
FAX (410) 962-2698

February 8, 2002

Memo To Counsel Re: Carla D. Sullivan, et ux. v. Jan Hernandez, et al.
Civil No. JFM-01-92

Dear Counsel:

This will confirm the schedule set during the conference held today.

| | |
|---|---|
| March 1, 2002 | Deadline for plaintiff's rebuttal Rule 26(a)(2) disclosures re experts |
| April 5, 2002 | Discovery deadline (fact and expert) |
| May 17, 2002 | Summary judgment motions deadline (subject to the provisions of Local Rule 105.2.c) |

This will also confirm that (1) plaintiffs' depositions will be taken first, (2) the depositions of Mr. and Mrs. Carroll will be taken by telephone, and (3) Mr. Carroll will be deposed first and if Mr. Byrd is satisfied that Mrs. Carroll has nothing to add, she will not be deposed.

Despite the informal nature of this ruling, it shall constitute an Order of Court, and the Clerk is directed to docket it accordingly.

Very truly yours,

J. Frederick Motz
United States District Judge

cc: Court File

