FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

1919.0011

F:\MartinY\Martin\Motions\Federal\Removal Notice 3-14-02.doc

2002 APR 23  A  9: 50

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

AT BALTIMORE

BY:_____ DEPUTY

CARLA D. SULLIVAN *et al.*,          )
                                     )
            Plaintiff,               )
                                     )
v.                                   )          Case No. JFM-01-92
                                     )
JAN HERNANDEZ, et al.                )
                                     )
            Defendant.               )
                                     )

## ORDER DISMISSING CROSS-CLAIM WITHOUT PREJUDICE

Upon consideration of the agreement of the parties, as evidenced by the endorsement below

of counsel for the respective parties, and good cause having been shown, it is this 23/ day of

_____, 2002, by the United States District Court for the District of Maryland,

ORDERED, that the Cross-Claim filed herein by above-styled matter by Defendants Ronald

Carroll and Maureen Carroll against Defendants Long & Foster Real Estate, Inc. and Susan Ronan,

and the same is hereby DISMISSED, without prejudice;

AND THIS CAUSE IS CONTINUED.

BY THE COURT:

J. Frederick Motz, Judge
United States District Court
for the District of Maryland

Order Dismissing Cross-Claim Without Prejudice
Sullivan v. Hernandez
Case No. JFM-01-92
Page 2


WE ASK FOR THIS:

Martin J. A. Yeager, Esquire
Poppleton, Garrett & Polott, P.C.
15400 Calhoun Drive, Suite 140
Rockville, Maryland 20855
Counsel for Defendants
Ronald Carroll and Maureen Carroll


SEEN AND AGREED:

Timothy G. Casey, Esquire
William D. Burke, Esquire
451 Hungerford Drive, Suite 505
Rockville, Maryland 20850
Counsel for Defendants
Long & Foster and Susan Ronan


SEEN:

Spencer Stephens, Esquire
401 East Jefferson Street, Suite 208
Rockville, Maryland 20850
Counsel for Defendants
Jan Hernandez and Noah & Cummings


SEEN:

Ralph T. Byrd, Esquire
4901 Sundown Road
Laytonsville, Maryland 20882
Counsel for Plaintiffs

Order Dismissing Cross-Claim Without Prejudice
Sullivan v. Hernandez
Case No. JFM-01-92
Page 3

Copies To:

Martin J. A. Yeager, Esquire
Poppleton, Garrett & Polott, P.C.
15400 Calhoun Drive, Suite 140
Rockville, MD  20855
Counsel for Defendants
Ronald Carroll and Maureen Carroll

Timothy G. Casey, Esquire
William D. Burke, Esquire
451 Hungerford Drive, Suite 505
Rockville, Maryland 20850
Counsel for Defendants
Long & Foster and Susan Ronan

Spencer Stephens, Esquire
401 East Jefferson Street, Suite 208
Rockville, Maryland 20850
Counsel for Defendants
Jan Hernandez and Noah & Cummings

Ralph T. Byrd, Esquire
4901 Sundown Road
Laytonsville, Maryland 20882
Counsel for Plaintiffs

LAW OFFICES

# PCPPLETON, GARRETT & POLOTT, P.C.



MILLER J. POPPLETON, JR. (DC, MD & VA)
DWAYNE L. GARRETT (DC, MD & VA)
ANDREW R. POLOTT (DC & MD)
RICHARD D. MIRSKY (DC & MD)
RICHARD C. STERRN (DC & MD)
MARTIN J. A. YEAGER (DC, MD & VA)

OF COUNSEL
STUART H. SORKIN, P.C.

**15400 CALHOUN DRIVE**
**SUITE 140**
**ROCKVILLE, MARYLAND 20855**

**(301) 493-9800**
**TELECOPIER (301) 493-6585**
**INTERNET: FIRM@PGPLAW.com**

FILED
U.S. DISTRICT COURT
VIRGINIA OFFICE AND
10560 MAIN STREET
SUITE 216
FAIRFAX, VA 22030-7182
2002 APR 23 A 9: 50 (703) 480-2525
WRITER'S PRIVATE LINE
(301) 214-6365

WRITER'S E-MAIL
MYeager@pgplaw.com

DEPUTY

April 22, 2002

(VIA FEDERAL EXPRESS)

Clerk
UNITED STATES BANKRUPTCY COURT
  FOR THE DISTRICT OF MARYLAND
Garmantz Federal Courthouse
101 West Lombard Street
Baltimore, Maryland 21201

      RE:    CARLA SULLIVAN v. JAN HERNANDEZ, *et al.*
            Case No. JFM 01 CV 92
            Our File No. 1920.0001

Dear Clerk of Court:

    Enclosed please find the original and one copy of a Consent Order Dismissing Cross-Claim Without Prejudice. Signed by all of the parties in the above-referenced matter.

    Also enclosed please find our self-addressed, stamped envelope for return of the enclosed copy, to be date-stamped and marked "Filed".

    If you have any questions concerning this matter, please do not hesitate to contact me.

                   Respectfully,

                   Martin J. A. Yeager, Esquire

MJY/mmi
Enclosures

cc:    Ronald and Maureen Carroll
       Ralph Byrd, Esquire
       William D. Burk, Esquire
       Spencer Stephens, Esquire