IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| CARLA D. SULLIVAN, et al., | * | |
| | * | |
| v. | * | Civil No. JFM-01-92 |
| | * | |
| JAN HERNANDEZ, et al. | * | |
| | ***** | |

ORDER

For the reasons stated in the accompanying memorandum, it is, this ____ day of August 2002

ORDERED that

1. Defendants'/Third-Party Defendants' motion for summary judgment is denied; and

2. Plaintiffs' motion for summary judgment is denied.

J. Frederick Motz
United States District Judge

-7-

