**UNITED STATES DISTRICT COURT**

DISTRICT OF MARYLAND

CHAMBERS OF
J. FREDERICK MOTZ
UNITED STATES DISTRICT JUDGE

101 W. LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-0782
FAX (410) 962-2698

August 1, 2002

MEMO TO COUNSEL RE: Carla Sullivan, et al. v. Jan Hernandez, et al.
Civil No. JFM-01-92

Dear Counsel:

A scheduling conference will be held at 8:30 a.m. on August 23, 2002. Please bring your calendar with you to the conference. If any of you would prefer to hold the conference by conference call, please call my chambers to make the necessary arrangements.

The conference will be held in my chambers located in Room 510 on the fifth floor of the Courthouse.

Very truly yours,

/s/

J. Frederick Motz
United States District Judge